Filed By The Court
1/24/2025 4:58 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:** | CASE NO.: 24-03611-JD |
| | ADV. PRO. NO.:____________________ |
| **Jacqueline Ard,** Debtor(s) | CHAPTER 13 |
| Last four digits on Social-Security: **3748** | **COMPLAINT** |
| **Jacqueline Ard,** Plaintiff, | |
| vs. | |
| **Ron Zold, Judy Vanderveer, Wm Weston Jones Newton, HHR Four Seasons Horizontal Property Regime** Defendant(s) | |

**Complaint Seeking Damages in Core Adversary Proceeding For Violation of Automatic Stay of 11 U.S.C. § 362**

**Introduction**

1. Despite receiving various actual notices of the automatic stay, the Defendants continued to harass the Plaintiff with illegal acts to demand payment while the Plaintiff was under the protection of the automatic stay.

**Jurisdiction and Venue**

2. This is an adversary proceeding brought under 11 USC§§105 and 362(k), and the Fair Debt Collection Practices Act (FDCPA 15 USC 1692 *et seq*)

3. This Court has jurisdiction to hear this case pursuant to 28 U.S.C.§1334 (b). This matter is a core proceeding under 28 U.S.C.§175(b)(1), as matters concerning the administration of the bankruptcy estate are specifically designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(A). Under 11 U.S.C. §105 this court has the inherent power to impose contempt sanctions and issue an order.

4. Venue is proper in this District pursuant to 28 USC§1409(a), as this proceeding arises under and relates to property of the estate in the above-captioned case while the Debtor was under the protection of the SC Bankruptcy Court's Automatic Stay.

5. This matter is a contested matter pursuant to FRBP 9020. This adversary proceeding is one related to the above-captioned bankruptcy case filed under Chapter 13 of Title 11 now closed in this court case number 24-03611-JD. The actions for violating the automatic stay and for kit content are core proceedings under 28 U.S.C.§157

**Parties**

6. The Plaintiff in this case is a debtor under Chapter 13 of Title 11 of the United States Code in case number 24-03611-JD, which was filed in this district and is presently closed before this court. The Plaintiff (hereinafter is referred to as the "Plaintiff" or the "Debtor")

7. The Defendant(s) Ron Zold, Judy Vanderveer, Wm Weston Jones Newton (hereinafter is referred to as the "Defendants" or the "Creditors"), are members that make of the Board of Directors and their counsel at Hilton Head Resort Four Seasons Centre Horizontal Property Regime Council of Co-Owners, Inc. The creditors have the sole authority to make decisions in all matters pertaining to the operations of the Horizontal Property Regime.

**Facts**

8. Plaintiff filed Chapter 13 Bankruptcy on October 04, 2024, for relief and protection from the plaintiff's creditors in the District of South Carolina case no. 24-03611-JD.

9. Upon filing the bankruptcy case the Defendants were listed on Schedule D has a secured interest in property of the estate.

10. The Creditors hold a secured claim for a disputed amount of approx. 62,793.00 for alleged unpaid dues, fines, and assessments for the property's located at:

663William Hilton Parkway unit 4408
663 William Hilton Parkway unit 4405

The Creditors have a pending judicial lien against the above mentioned property. The Defendants are listed on Schedule D and also listed on the Plaintiff's mailing matrix filed in the Debtor's bankruptcy case. A copy of said mailing matrix is attached hereto as (Exhibit "A") and incorporated by reference herein.

11. On October 4, 2024, the Notice of the Debtors bankruptcy, case filing, and meeting of creditors was mailed out to all creditors and entities listed on the Debtor's mailing matrix by the bankruptcy noticing center.

12. On October 5, 2024, at approx. 3:00PM, the Plaintiff personally delivered the Notice of Chapter 13 Bankruptcy (ECF No.10) to the Watch Commander, Jennifer Coyne, and requested that all adverse action cease; that my pass privileges be restored; that my parking passes be reactivated; and that me and my husband be allowed to access our home. Jennifer Coyne stated that she did not have the authority to make those changes.

13. Jennifer Coyne proceeded to state that she would contact Ron Zold and Judy Vandeveer

because they are the only people that can make the change. She immediately sent an email to Ron Zold, Judy Vanderveer, and Wm Weston Newton and copied me, requesting authorization to make the changes pursuant to orders of the automatic stay. (See Exhibit "B")

14. After speaking with Jennifer Coyne, I sent an email at 5:43 PM, directly to the Board of Directors and their counsel stating that I was making an official request to abide by the orders of the automatic stay. (Exhibit "C")

15. After receiving the messages, Ron Zold replied copying all recipients, he firmly instructed Jennifer Coyne not to make any changes. He stated that, "filing for relief from the courts doesn't mean anything" she was instructed to deliberately disregard the orders of the automatic stay and continue with the harassing collection efforts they had in place (see Exhibit "D") The Board never responded to my email, attempted to contact me, or restore my ability to access my home.

16. On November 11, 2024, at 8:11PM I made a third request for all adverse actions to cease. (Exhibit "E") The Board members continue to violate the law. Their unlawful actions have exacerbated the tension and stress of the Plaintiff's bankruptcy filing. The Debtor served the Notice of Chapter 13 by First-Class mail to the Defendant at the following address:

Hilton Head Resort
663 William Hilton Parkway
Hilton Head Island, SC 29928

17. After multiple requests the Defendants refused to comply with the Automatic Stay and willfully imposed adverse actions on the Debtor while the automatic stay was in effect.

18. Debtor has experienced extreme emotional distress shown through symptoms including but not limited to anxiety, fear, crying spells, and severe emotional turmoil from the loss of use of her home. The Debtors have been forced to expense additional housing costs. The egregious and intentional acts of each individual member are a Breach of their Fiduciary Duties as Board member and counsel.

19. As a direct result of the Creditors' egregious actions, the Plaintiff has suffered the following damages plus other damages as may be proved at any hearing or trial in this matter:

a) Legal fees owed to the Plaintiff for the cost to present this case.
b) Actual damages resulting from improper seizure of property in violation of the Automatic Stay:
c) Actual damages resulting from continued violation of the stay for failure to resore all privileges and grant access to my home;
d) Actual damages that the Debtor incurred as a result of willfully violating the order, including damages for emotional distress; and
e) Punitive damages that this Honorable Court might find to be appropriate as a result of the flagrant, willful, knowing and intentional violation of the bankruptcy automatic stay.

20. The proper legal standards for whether or not a party is liable for damages caused by actionable willful stay violation in this district are set forth in this court's opinion in *In re Warren*, 532 B.R. 655 (Bankr. D.S.C. 2015).

**Claim for Relief – Count 1**
**(Breach of Contract)**

21. The allegations in paragraphs 1 through 17 of this complaint are realleged and incorporated herein by reference.

22. Certain of Plaintiff's exempt property, which is property of the estate as defined by 11 U.S.C.§541, to wit, the property located at 663 William Hilton Parkway units 4408 and 4405. .

23. At the time the Debtor's petition was filed, Debtor gave notice of the filing to Defendant, as alleged above.

24. Upon receipt of this notice, Defendant was required pursuant to 11 U.S.C. § 362, to cease all adverse actions.

25. Defendants have refused to allow Plaintiff access to their home. Debtor is entitled to an order of this Court requiring the immediate cease and desist of all efforts to interfere with the Plaintiff's Constitutional right to access and use their home, and for an award for damages including legal fees and costs for the bringing of this action.

**Claim for Relief – Count 2**
**(Willful Violations of the Automatic Stay)**

26. The allegations in paragraphs 1 through 22 of this complaint are realleged and incorporated herein by reference.

27. Section 362(k)(1) of the Bankruptcy Code provides that "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

28. A willful violation of the automatic stay occurs when a "creditor knows of the pending bankruptcy petition and intentionally attempts to continue collection procedures in spite of it." Weatherford v. Timmark (In re Weatherford), 413 B.R. 273, 285 (Bankr. D.S.C. 2009) (citing Budget Serv. Co. v. Better Homes of Va., Inc., 804 F.2d. 289, 292-93 (4th Cir. 1986)).

29. In the context of Section 362, willfulness "does not engender a showing of specific intent [but] merely involves a deliberate act taken with knowledge, and in contravention of an automatic stay." Hanna Coal Co., 218 B.R. 825, 832 (W.D. Va. 1997).

30. For a Debtor to recover damages for an alleged willful violation of the automatic stay, the debtor must establish by a preponderance of the evidence the following five elements:

> (1) that a bankruptcy petition was filed; (2) that the debtors are "individuals" under the automatic stay provision; (3) that the creditors received notice of the petition;
> (4) that the creditor's actions were in willful violation of the stay, and (5) that the debtor(s) suffered damages. Weatherford, 413 B.R. at 284 (quoting In re Sammon, 253 B.R. 672, 679-80 (Bankr. D.S.C. 2000)); *see* Warren v. Dill (In re Warren), 532 B.R. 655, 661 (Bankr. D.S.C. 2015) (A debtor must prove stay violation by a preponderance of the evidence).

31. Debtor bears the burden of proving these elements. Bolen v. Mercedes Benz, Inc. (In re Bolen), 295 B.R. 803, 807 (Bankr. D.S.C. 2002).

32. To establish a violation of the automatic stay the a debtor must show that:
    a) A bankruptcy petition was filed
    b) The creditor received a notice of the petition
    c) The creditors' actions were in willful violation of the automatic stay
    d) The debtor is an "individual"; and
    e) The debtor suffered damages

33. Despite having received numerous written notices of Debtor's bankruptcy case, the creditors' continued its harassing actions which is a violation as defined by the Fair Debt Collection Practices Act

34. Creditors' actions were egregious and intentional and as a result the Debtor has suffered extreme emotional, physical, and financial harm. To deter the Creditors from engaging in similar wrongful conduct in the future, the Court would be justified in imposing additional pay punitive damages.

35. The Defendants are liable to the Plaintiff for actual damages, legal fees and costs. Punitive damages are also warranted since each member knew that the Plaintiff was protected by the automatic stay and willfully continued their efforts to harass and cause harm in violation of the order.

**WHEREFORE,** the Plaintiff having set forth her claim for relief against the Defendants respectfully prays of the Court as follows:

A. Order granting the Defendant to cease all interference actions against the Plaintiff to access and use her home, effective immediately upon this ruling;
B. Find that the Defendants are in contempt of Court for violating 11 U.S.C. §362;
C. Award Plaintiff, pursuant to 11 U.S.C. §§ 105(a) and 362(k), damages;
D. That the Plaintiff have and recover against each Defendant a sum to be determined by the Court in the form of actual damages;
E. That the Plaintiff have and recover against each Defendant a sum to be determined by the Court in the form of punitive damages;
F. That the Plaintiff have and recover against each Defendant all reasonable legal fees and expenses incurred to pursue this claim; and
G. That the Plaintiff have such other and further relief as the Court may deem just and proper.

Dated this the 23th day of January, 2025.

Jacqueline E. Ard, Plaintiff (Debtor)
239 Beach City Road
Hilton Head Island, SC 29926
(313) 770-7051
jacquelineard72@gmail.com

# Exhibit A

Label Matrix for local noticing
0420-2
Case 24-03611-jd
District of South Carolina
Charleston
Thu Jan 16 16:18:33 EST 2025

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201-2423

(p) Americollect Inc
PO Box 2080
Manitowoc, WI 54221-2080

(p) Citibank
PO Box 790034
St. Louis, MO 63179-0034

(p) Fifth Third Bank
MD No. ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

(p) JPMORGAN Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

(p) Kent State University
PO Box 5190
Kent, OH 44242-0001

(p) National Credit Systems
Attn: Bankruptcy
PO Box 672288
Marietta, GA 30006-0039

(p) T Mobile
C O American Infosource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p) TD Bank North NA
70 Gray Road
Falmouth, ME 04105-2299

(p)Allstate Insurance
P.O. Box 21169
Roanoke, VA 24018-0537

(p)Monevo Inc
169 Saxony Road, Suite 212
Encinitas, CA 92024-6781

(p)The Hertz Corporation
8501 Williams Road
Estero, FL 33928-3325

AAdvantage Aviator
Portfolio Recovery
PO Box 8828
Wilmington, DE 19899-8828

ADT Security
452 Sable Blvd Unit G
Aurora, CO 80011-0813

ADT, LLC
Transworld Systems Inc
500 Virginia Dr. Suite 514
Ft Washington, PA 19034-2733

ATandT
P.O. BOX 5080
Carol Stream, IL 60197-5080

AWA Collections
P.O. Box 6605
Orange, CA 92863-6605

Allstate Indemnity
PO Box 4310
Carol Stream, IL 60197-4310

American Express - AXP LEGAL ATTORNEY
500 North Franklin Turnpike No.315
MAIL CODE 297
Ramsey, New Jersey 07446-1160

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Arlene Grisby
21215 Dartmouth
Southfield, MI 48076-5634

Armstrong Cable
P.O. Box 37749
Philadelphia, PA 19101-5049

Association Services, An Associa Company
Care of Hilton Head Resort
PO Box 11903
Newark, NJ 07101-4903

Bank of America
PO Box 982238
El Paso TX 79998-2238

Barclay's Bank Delaware
Attention: Card Services LEGAL
P.O. Box 8833
Wilmington, DE 19899-8833

Barry Mullis
239 Beach City Road Apt 2213
Hilton Head Island, SC 29926-4713

Beaufort County Sheriff's Department
Melissa Hansen
P.O. Box 1758
Beaufort, SC 29901-1758

Beaufort County Treasurer
P.O. Drawer 487
Beaufort, SC 29901-0487

Braun Kendrick Finkbeiner PLC
4301 Fashion Square Blvd
Saginaw, MI 48603-5218

Bromley Law Firm LLC
Evan K. Bromley
211 Goethe Road, Suite B
Bluffton, SC 29910-6014

CAPITAL MANAGEMENT SVCS
698 1-2 S. OGDEN STREET
BUFFALO, NY 14206-2317

COMENITY PORTFOLIO REFRESH
3095 LOYALTY CIRCLE
COLUMBUS, OH 43219-3673

CONSUMERS ENERGY COMPANY
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201-2357

CREDIT CONTROL SERVICES INC
725 CANTON ST,
NORWOOD MA 02062-2609

Capital One Auto Finance
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave Dept APS
Oklahoma City, OK 73118-7901

Carter-Young, Inc.
120 2nd St 2nd Fl
Monroe, GA 30655-2391

Cavalry Portfolio Services
500 Summit Lake, Suite 400
Valhalla, NY 10595-2321

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chase Ink Business Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chex Systems Inc
7805 Hudson Road, Suite 100
Woodbury, MN 55125-1595

Citicorp Credit Services
Attn: IRU
P.O. Box 790034
St. Louis, MO 63179-0034

City of Detroit - Property Tax
P.O. Box 33193
Detroit, MI 48232-5193

City of Detroit Water and Sewerage Dept
735 Randolph St.
Detroit, MI 48226-2830

Clare County 55th Judicial Circuit
225 West Main
Harrison, MI 48625-8336

Comenity - Caesars Rewards
P.O. Box 650960
Dallas, TX 75265-0960

Comenity - Zales
PO Box 650971
Dallas, TX 75265-0971

Consumers Energy
3201 East Court St Room 84
Flint MI 48506-4022

County Council of Beaufort County Assessor
Real Property Services
P.O. Drawer 1229
Beaufort, SC 29901

Coyne Oil
513 W. Fifth St
Clare, MI 48617-9405

Credit Management Company
PO Box 16346
Pittsburgh, PA 15242-0346

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Cuyahoga Community College
700 Carnegie Ave.
Cleveland, OH 44115-2878

DNF Associates
2351 N Forest Road Suite 110
Getzville, NY 14068-9902

DTE
1 Energy Plaza
WCB 735 Attention Legal Dept
Detroit, MI 48226-1221

Dallas Shull Excavating
4502 E. Brown Rd
Clare, MI 48617-9758

Debra Schumann
100 Kensington Blvd Apt No. 107
Bluffton, SC 29910-7464

Dillon McCandless King Coulter and Graham, L
128 West Cunningham Street
Butler, PA 16001-5742

Dish Network LLC
9601 S. Meridian Blvd
Englewood, CO 80112-5905

Diverse Funding
3580 Harlem Rd Suite 6
Cheektowaga, NY 14215-2045

Duquesne Light
Payment Processing Center
P.O. Box 67
Pittsburgh, PA 15257-0001

Enterprise Rental Car
600 Corporate Park Drive
St. Louis, Missouri 63105-4211

Estate at Westbury Owners Assoc, Inc
Board of Directors
85 Kensington Blvd
Bluffton, SC 29910-4884

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST, NY 14228-3609

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Energy- Penn Power
PO Box 16001
Reading, PA 19612-6001

Forefront Dermatology
801 York Street
Manitowoc, WI 54220-4630

Fortiva - Bob's Discount Furniture
P.O. Box 650721
Dallas, TX 75265-0721

George B. Smythe
4000 S. Faber Place Drive
Suite 300
Charleston, SC 29405-8587

Georgia Traffic
PO Box 80447
Conyers, GA 30013-8047

Go Store It
1249 Avondale Rd
Hendersonville, TN 37075-9672

Go Store It
33 Parameter Road
Bluffton, SC 29910-8571

Greensky
P.O. Box 2730
Alpharetta, GA 30023-2730

Hargray Communications-Cable One Inc
856 William Hilton Parkway
Hilton Head Island, SC 29928-3423

Henry Sanders
239 Beach City Road Apt No. 1205
Hilton Head Island, SC 29926-4707

Hilton Head Resort-Four Seasons Centre
HHR Council of Owners
Attn: Board of Directors
663 Wiliam Hilton Parkway
Hilton Head Island, SC 29928-3506

Home Depot
CENTRALIZED BANKRUPTCY
P.O. Box 790034
St. Louis, MO 63179-0034

Home Depot Loan
PO Box 2730
Alpharetta, GA 30023-2730

Hon Marvin H. Dukes, III
Beaufort County Master In Equity
102 Ribaut Road 2nd Floor
Beaufort, SC 29902-4453

Honorable Nicola Henry-Taylor
Alleghany Court of Common Pleas
712 City-County Building
414 Grant St
Pittsburg, PA 15219-2409

Hughes Network Services
P.O. Box 96874
Chicago, IL 60693-6874

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Janet Spinelli
100 Kensington Blvd Apt No. 918
Bluffton, SC 29910-7464

Jannine M. Mutterer, Esq.
5 Cedar Street
Bluffton, SC 29910-7215

Jeff Morgan
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

John Curtis
100 Kensington Blvd Apt No. 1603
Bluffton, SC 29910-7464

Jones, Simpson and Newton, P.A.
Attn Wm Weston J Newton
7 Plantation Park Drive, Suite 3
Bluffton, SC 29910-6035

Judy Vanderveer
663 William Hilton Parkway Apt 3121
Hilton Head Island, SC 29928-3524

Keith Barker
916 W. Stuart Drive
Galax, VA 24333-2607

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

Komatsu Benefits Department
Mark Harder
401 E Greenfield Ave
Milwaukee, WI 53204-2941

Lincoln Township
Maggie Carey, Treasury
PO Box 239
Lake George, MI 48633-0239

Louis Ard
21215 Dartmouth
Southfield, MI 48076-5634

MIDLAND CREDIT MANAGEMENT
320 EAST BIG BEAVER
SUITE 300
TROY, MI 48083-1271

Marilyn Garcia
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

Mark Benson
IMC Resort Services, Inc
2 Corpus Christi Suite 302
Hilton Head Island, SC 29928-1703

Maryanne Stephenson
239 Beach City Road
Hilton Head Island, SC 29926-4707

Matthew Paul
2546 Salmon Street
Philadelphia, PA 19125-4033

Michael Durant
663 William Hilton Parkway
Hilton Head Island, SC 29928-3506

Microbilt
1640 Airport Rd NW STE 115
Kennesaw, GA 30144-7038

Midgard Self Storage
11 Oliver Court
Bluffton SC 29910-8708

Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9094

NES
2479 Edison Blvd Unit A
Twinsburg, OH 44087-2476

NORTHSTAR LOCATION SERVICES
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225-1943

Nationstar Mortgage
PO Box 199111
Dallas, TX 75219-9111

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationwide Credit Inc
1225 Washington St Ste 301
Tempe, AZ 85288-1239

Norman's
24777 Telegraph Rd
Southfield, MI 48033-3000

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Office of Sheriff Beaufort County
P.O. Box 1758
Beaufort, SC 29901-1758

Ohio Turnpike EZ Pass
PO Box 94672
Cleveland, OH 44101-4672

PA Turnpike Toll By Plate
P.O. Box 645631
Pittsburgh, PA 15264-5254

PLYMOUTH ROCK ASSURANCE
695 ATLANTIC AVE
BOSTON, MA 02111-2605

PNC Bank
1900 E 9th St
Cleveland, OH 44114-3484

PROGRESSIVE INSURANCE
30440 LAKELAND BLVD
WICKLIFFE OH 44092-1749

Palmetto Electric
Attn: Michelle Tyler
111 Matthews Dr
Hilton Head Island, SC 29926-3689

Palmetto Towing and Recovery
38 Sugar Maple Street
Bluffton, SC 29910-7678

Peoples Gas
P.O. Box 644760
Pittsburgh, PA 15264-4760

Pioneer Foot Care
2021 Freeport Rd
Arnold, PA 15068-4809

Pittsburgh Water and Sewer
1200 Penn Ave
Pittsburgh, PA 15222-4216

Pods Legal Dept
280 Leetsdale Industrial Dr, Suite 200
Leetsdale, PA 15056-1016

Polly Nicola
2583 Lower Assembly Drive
Fort Mill, SC 29708-6412

Portfolio Recovery
P.O. Box 8828
Wilmington, DE 19899-8828

Progressive Insurance
Caine and Weiner
P.O. Box 55848
Sherman Oaks, CA 91413-0848

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Ralph Paine
151 Lake Linden Drive
Bluffton, SC 29910-6426

Ronald Zold
1 Long Cane Ct
Bluffton, SC 29909-7113

Ruddy William
3174 Patsie Drive
Beavercreek, OH 45434-6032

SEVEN SEVENTEEN CREDIT UNION
3181 LARCHMONT AVE
WARREN, OH 44483-2498

SYNCS YOUR CREDIT SCORE
PO BOX 71757
PHILADELPHIA, PA 19176-1757

Sam Einfeldt
22 Willow Drive
Randolph, NJ 07869-4747

Scott M. Wild
37 New Orleans Road Suite F
Hilton Head Island, SC 29928-4756

Semina DeLaurentis
66 Quail Run
Torrington, CT 06790-2549

South Carolina Dept of Motor Vehicles
P.O Box 1498
Blythewood, SC 29016-1498

Spectrum
890 William Hilton Parkway
HHI, SC 29928-3418

Spectrum Mobile
Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045-1338

Synchrony Bank
PO Box 669809
Dallas, TX 75266-0957

Synergetic Communication
P.O. Box 680608
Franklin, TN 37068-0608

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TBOM-ATLS-Fortiva
6 Concourse Parkway
2nd Floor-mailroom
Atlanta, GA 30328-6117

(p)TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2299

TD Bank USA-Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Tamara Slank
14686 Oakwood Drive
Shelby Township, MI 48315-1530

Taybron Law Firm LLC
3399 Churchview Ave
Pittsburg, PA 15227-4358

The Huntington National Bank
5555 Cleveland Avenue GW4W25
Columbus, OH 43231-4106

The Huntington National Bank
PO Box 89424
OPC856
Cleveland, OH 44101-6424

The Spa at Port Royal Sound
Board of Directors
239 Beach City Road
Hilton Head Island, SC 29926-4707

Ticket Division
PA Turnpike EZ Pass
300 East Park Dr
Harrisburg, PA 17111-2729

Office Depot
P.O. Box 78004
Phoenix, AZ 85062

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

TD Bank
PO Box 84037
Columbus, GA 31908-4037

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

(u)West-Aircomm Federal Credit Union

(u)Hertz
Transworld Systems Inc.
500 Virginia Dr Suite 514

End of Label Matrix
Mailable recipients 171
Bypassed recipients 3
Total 174

# Exhibit B

Gmail

Jean Ard <jacquelineard25@gmail.com>

**Bankruptcy**
1 message

**Jennifer Coyne** <watchcommander@hiltonheadresortvillas.com> Sat, Oct 5, 2024 at 3:46 PM
To: Ron Zold <generalmanager@hiltonheadresortvillas.com>, President <president@hiltonheadresortvillas.com>
Cc: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>

**Jennifer A Coyne**

**Watch Commander**

**663 Willliam Hilton Parkway**

**Hilton Head Island, SC 29928**

**watchcommander@hiltonheadresortvillas.com**

---

**SKM_C55824100516190.pdf**
91K

# Exhibit C

Gmail

**Jean Ard <jacquelineard25@gmail.com>**

---

## Re: Bankruptcy

1 message

---

**Jacqueline Ard** <jacquelineard25@gmail.com> Sat, Oct 5, 2024 at 5:43 PM
To: Jennifer Coyne <watchcommander@hiltonheadresortvillas.com>
Cc: Ron Zold <generalmanager@hiltonheadresortvillas.com>, President <president@hiltonheadresortvillas.com>, Weston Newton <WNewton@jsplaw.net>

Good Evening All,

This is my official notice to you that I have filed Bankruptcy on October 4, 2024. My BK case # 24-03611-eg, pursuant to the US Bankruptcy Code if you attempt to collect any debt or refuse access to my Villa or deny me or any of my guest access YOU WILL BE IN VIOLATION OF THE BANKRUPTCY CODE and you will be penalized. Judy V. and Ron Zold since you two are responsible for deleting my access and privileges you will PERSONALLY be liable for VIOLATING the Bankruptcy Code. You are ordered to restore all of my rights and benefits as an co-owner IMMEDIATELY! You are ordered to reinstate my parking pass and all my pass privileges IMMEDIATELY! If my privileges are not restored by Sunday October 6,2024 by 12:00n, I will submit this email to the Bankruptcy trustee and you will be in contempt of court and you will be penalized for deliberately not complying with the Automatic Stay order.

Sent from my iPhone

> On Oct 5, 2024, at 3:46 PM, Jennifer Coyne <watchcommander@hiltonheadresortvillas.com> wrote:
>
> **Jennifer A Coyne**
>
> **Watch Commander**
>
> **663 Willliam Hilton Parkway**
>
> **Hilton Head Island, SC 29928**
>
> **watchcommander@hiltonheadresortvillas.com**

---

**SKM_C55824100516190.pdf**
91K

United States Bankruptcy Court
District of South Carolina

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/04/2024 at 2:53 PM and filed on 10/04/2024.

FILED
10/04/2024
12:29 PM

**Jacqueline Elizabeth Ard**
239 Beach City Rd
Unit 3218
Hilton Head, SC 29926
313-770-7051
SSN / ITIN: xxx-xx-3748
Tax ID / EIN: 61-1604111, 45-4003120

**Terry Frank Nicola**
663 William Hilton Pky
Unit 4408
Hilton Head, SC 29928
724-494-6884
SSN / ITIN: xxx-xx-8286
Tax ID / EIN: 88-1009431

The bankruptcy trustee is:

**James M. Wyman**
PO Box 997
Mount Pleasant, SC 29465-0997
(843) 388-9844

The case was assigned case number 24-03611-eg to Judge Elisabetta G.M. Gasparini.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.scb.uscourts.gov or at the Clerk's Office, J. Bratton Davis United States, Bankruptcy Courthouse, 1100 Laurel Street, Columbia, SC 29201-2423.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Lauren T Maxwell**
**Clerk, United States**
**Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA
BK CASE NO. 24-03611-eg

**HILTON HEAD RESRORT**

**AUTOMATIC STAY DUE TO BANKRUPTCY FILING**

PLEASE TAKE NOTICE, that the Debtors, Jacqueline Ard and Terry Nicola, have filed Chapter 13 Bankruptcy on October 4, 2024, Bankruptcy case number 24—03611-eg as evidenced by the Bankruptcy Court Docket Report attached hereto as Exhibit "A", and such filings results in an automatic stay in all adverse actions. Pursuant to the United States Bankruptcy Code, please instruct all agents for your company to cease all collection activity, reinstate all services that have been revoked, refrain from the denial of any privileges that are available, and restore all accounts benefits to an active status.

Jacqueline E. Ard
239 Beach City Rd unit 3218
Hilton Head Island, SC 29928
Phone: (313) 770-7051
jacquelineard72@gmail.com

Date: 10/04/2024
Columbia, South Carolina

# Exhibit D

Gmail

Jean Ard <jacquelineard25@gmail.com>

**Re: Bankruptcy**

1 message

**Ron Zold** <generalmanager@hiltonheadresortvillas.com> Sat, Oct 5, 2024 at 6:30 PM
To: Jacqueline Ard <jacquelineard25@gmail.com>, Jennifer Coyne <watchcommander@hiltonheadresortvillas.com>
Cc: President <president@hiltonheadresortvillas.com>, Weston Newton <WNewton@jsplaw.net>

Do not change anything Jen. Filing for relief from the courts doesnt mean anything unless the court grants things

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Jacqueline Ard <jacquelineard25@gmail.com>
**Sent:** Saturday, October 5, 2024 5:43:35 PM
**To:** Jennifer Coyne <watchcommander@hiltonheadresortvillas.com>
**Cc:** Ron Zold <generalmanager@hiltonheadresortvillas.com>; President <president@hiltonheadresortvillas.com>; Weston Newton <WNewton@jsplaw.net>
**Subject:** Re: Bankruptcy

Good Evening All,

This is my official notice to you that I have filed Bankruptcy on October 4, 2024. My BK case # 24-03611-eg, pursuant to the US Bankruptcy Code if you attempt to collect any debt or refuse access to my Villa or deny me or any of my guest access YOU WILL BE IN VIOLATION OF THE BANKRUPTCY CODE and you will be penalized. Judy V. and Ron Zold since you two are responsible for deleting my access and privileges you will PERSONALLY be liable for VIOLATING the Bankruptcy Code. You are ordered to restore all of my rights and benefits as an co-owner IMMEDIATELY! You are ordered to reinstate my parking pass and all my pass privileges IMMEDIATELY! If my privileges are not restored by Sunday October 6,2024 by 12:00n, I will submit this email to the Bankruptcy trustee and you will be in contempt of court and you will be penalized for deliberately not complying with the Automatic Stay order.

Sent from my iPhone

On Oct 5, 2024, at 3:46 PM, Jennifer Coyne <watchcommander@hiltonheadresortvillas.com> wrote:

**Jennifer A Coyne**

**Watch Commander**

**663 Willliam Hilton Parkway**

**Hilton Head Island, SC 29928**

**watchcommander@hiltonheadresortvillas.com**

# Exhibit E

Gmail **Jacqueline Ard <jacquelineard72@gmail.com>**

## Restore my pass privileges IMMEDIATELY!

7 messages

**Jacqueline Ard** <jacquelineard72@gmail.com> Mon, Nov 11, 2024 at 8:11 PM
To: president@hiltonheadresortvillas.com, vicepresident@hiltonheadresortvillas.com, treasurer@hiltonheadresortvillas.com, secretary@hiltonheadresortvillas.com, generalmanager@hiltonheadresortvillas.com
Cc: terrynicola5821@yahoo.com

Attention Board Members:

First, This letter is to notify you that you have violated my rights, and you must take immediate actions to remedy all violations.

As you were made aware on October 5, 2024, I filed Bankruptcy proceedings in the District of South Carolina. One major provision of filing bankruptcy is the automatic stay. The automatic stay affords a debtor immediate relief from ANY/ALL adverse actions towards them. It is a violation of the law for you to request payment or make efforts to harass or intimidate a person to pay their debt.

Your conduct is in violation of the law, and you are ordered to correct all adverse actions and restore my privileges to full capacity. You are also ordered to refrain from having any further adverse interaction with me, my husband, or any of my guest (for 4408 or 4405)

You have illegally locked me out of my home and blocked my ability to run my business. This has imposed extreme financial and emotional hardship on me and my husband and these actions are illegal. You have 24 hours to remedy all violations or else actions will be taken, and each Board Member will be personally held liable for these unconstitutional actions.

You are ordered to:

1. Restore all parking pass and decals for each of my vehicles.
2. Restore full capacity of my online ability to input passes into the system for 4408 and 4405.
3. Refrain from ANY/ALL adverse communication with me or any guests that I have.
4. You are ordered to refrain from all interaction that is harassing, threatening, oppressive, or adverse in any way to me, my husband, or any of my invited guests.

You have 24 hours to comply and remedy these illegal actions. Take notice that the deadline to cure all concerns will be Tuesday November 12, 2024 by 8:00p. You can email proof of the corrected actions to my alternate email: jacquelineard72@gmail.com.

Secondly, I am requesting the production of important documents needed for submission to the bankruptcy court. I need a detailed history of my account for both units. The document must provide a complete history of all of my payments and any charges made to my account from April 2021 to present. I also need a detailed list of all common expenses paid by the Association on a monthly, quarterly, and annual basis. The list must include the payee, the description, and the amount paid. This list must be actual entries not estimates. The deadline to produce and deliver this information is Wednesday November 13, 2024 12:00p. If you have any questions regarding this email, you can contact me by replying to this email with your concerns. All requested documents can be emailed to me at: jacquelineard72@gmail.com.

If you do not comply by the deadline, further actions will be taken and each Board member will be held personally liable for their willful disregard of the law.

Best Regards,

Jacqueline Ard

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re<br><br>JACQUELINE ELIZABETH ARD and<br>TERRY FRANK NICOLA<br><br>Debtors | CASE NO.: 24-03611-JD<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Jacqueline Ard, do hereby certify that I have this day served a certified true copy of the:

- Complaint Seeking Damages in Core Adversary Proceeding for Violation of the Automatic Stay
- Exhibits
- Certificate of Service

delivered on January 24, 2025, by First-class mail postage paid and by means of electronic delivery via the CM/ECF Electronic Messaging System and Email to the persons listed below.

**Date: January 24, 2025**

**JACQUELINE E ARD *PRO SE* DEBTOR**
239 BEACH CITY RD #3218
HILTON HEAD ISL, SC 29926
jacquelineard72@gmail.com

**PERSONS SERVED:**
(Served via CM/ECF)
**US Trustee's Office**
Strom Thurmond Fd Bldg
835 Assembly St ste 953
Columbia, SC 29201
USTPRegion04.CO.ECF@usdoj.gov

**James M. Wyman**
Chapter 13 Trustee
P.O. Box 997
Mt. Pleasant, SC 29465-0997
13info@charleston13.com

**VIA US First Class postage prepaid mail and Email**

SEE ATTACHED LIST
☐ **INCLUDED**

**Hilton Head Resort**
**663 William Hilton Parkway**
**Hilton Head Island, SC 29928-3508**

**Ronald Zold**
**1 Long Cane Ct**
**Bluffton, SC 29909-7113**

**Judy Vanderveer**
**663 William Hilton Parkway**
**apt 3121**
**Hilton Head Island, SC 29928**

**Jones, Simpson and Newton,**
**P.A.**
**7 Plantation Park Drive,**
**Suite 3**
**Bluffton, SC 29910-6035**