UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jacqueline Ard, | ) | Case Number 24-03611-jd |
| | ) | Adversary Proceeding No. 25-80006-jd |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ADVERSARY PROCEEDING REPORT |
| Ron Zold, Judy Vanderveer, Wm. Weston | ) | |
| Jones Newton, Hilton Head Resort Four | ) | |
| Seasons Centre Horizontal Property Regime,) | | |
| | ) | |
| Defendants. | ) | |

Pursuant to this Court's Initial Adversary Proceeding Case Management Order entered on March 13, 2024, Plaintiff and Defendants hereby file this Adversary Proceeding Report:

1a.    After good faith consultation, the parties do not believe that there is potential for a prompt settlement or resolution of this case.

1b.    Discovery is not required in this case.

1c.    No expert witnesses will be called.

2.    Mediation will not be beneficial.

3.    Discovery is not required by Defendants in this case. Plaintiff plans to depose Ron Zold, Judy Vanderveer, Jennifer Coyne and Wm. Weston Jones Newton and serve Interrogatories and Requests for Production of Documents on same.

4.    Federal Rules of Bankruptcy Procedure rule 7007.1 is inapplicable.

5.    The parties agree that this is a core proceeding.

6.    The cases of <u>Stern v. Marshall</u>, <u>Executive Benefits Ins. Agency vs. Arkison</u> and <u>Wellness International, Ltd. V. Shariff</u> do not present any challenges to entry of a final order or judgment by this Court.

7.  The parties do not request a jury trial in this case.


Dated:  March 28, 2025

/s/ Dean S. Haskell
JONES, SIMPSON & NEWTON, P.A.
Post Office Box 1938
Bluffton, South Carolina 29910
(843) 706-6111
Attorneys for the Defendants