Filed By The Court
4/25/2025 11:16 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO: 24-03611-JD |
| JACQUELINE ELIZABETH ARD | ADV PRO: 25-80006-JD |
| PLAINTIFF | CHAPTER 13 |
| v. | |
| RON ZOLD, JUDY VANDERVEER, HHR FOUR SEASONS HORIZONTAL PROPERTY REGIME, AND WM WESTON JONES NEWTON, | **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| DEFENDANT(S) | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Jacqueline Ard ("Debtor" or "Plaintiff"), pro se, hereby files this Motion to Amend Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Fed R. Civ. P. 15(a)(2). Rule 15(a) of the South Carolina Rules of Civil Procedure allows a party to either "amend his pleading once as a matter of course at any time before or within 30 days after a responsive pleading is served" and after the 30 days has expired "a party may amend his pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires and does not prejudice any other party." SCRCP 15(a). "This rule strongly favors amendments, and the court is encouraged to freely grant leave to amend." Parker v. Spartanburg Sanitary Sewer Dist., 362 S.C. 276, 286, 607 S.E.2d 711, 717 (Ct. App. 2005). Plaintiff recently received the order of the court and requires 14 additional days

to file the Amended Complaint. Plaintiff has not acted with undue delay and Defendants will not be prejudiced if Plaintiff is allowed leave to amend the Complaint. WHEREFORE, Plaintiff respectfully pleads that this Honorable Court for leave to amend the Complaint.

Date: 4-25-25

JACQUELINE ARD, *Pro Se* Debtor
239 BEACH CITY RD UNIT 3218
HILTON HEAD ISLAND, SC 29926
jacquelineard72@gmail.com