**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE: )
)   CASE NO.: 24-03611-JD
)   ADV. PRO. NO.: 25-80006-jd
Jacqueline Ard, )
           Debtor(s) )   CHAPTER 13
)
)
Last four digits on Social Security: )
**2748** )   NOTICE OF MOTION AND MOTION
)   TO DISMISS
_____)
)
Jacqueline Ard, )
           Plaintiff, )
)
vs. )
)
Ron Zold, Judy Vanderveer, Wm. )
Weston Jones Newton, HHR Four )
Seasons Horizontal Property Regime )
)
          Defendant(s) )
_____)

TO JACQUELINE ARD, PRO SE

      PLEASE TAKE NOTICE that Defendants Ron Zold, Judy Vanderveer, and Wm. Weston Jones Newton, through their undersigned counsel, will move before the Court, at such place and time as the Court may appoint more than then (10) days after the service hereof, for an Order dismissing the Complaint in this proceeding on the grounds that:

(i)     On April 11, 2025, this Court entered an Order dismissing with prejudice Count 1 of Plaintiff's Complaint alleging breach of contract to all Defendants, dismissing with prejudice Count 2, Willful Violation of the Automatic Stay, as to Hilton Head Resort Four Season Horizontal Property Regime and denying the motion to dismiss as to Defendants, Ron Zold, Judy Vanderveer and Wm. Weston Jones Newton.

(ii)    Additionally, the Order provided that "….the Court will grant Debtor fourteen (14) days from the entry of this Order to amend the Complaint to allege with sufficient specificity any violations of the automatic stay under 11 U.S.C. §362(a), as they related

to each Defendant, Ron Zold, Judy Vanderveer and  Wm. Weston Jones Newton, individually or jointly, including any and all damage claims.

(iii)    The Debtor has failed to file an amended Complaint in this matter in accordance with the Order and the fourteen (14) day deadline for filing same has long passed.

Accordingly, Defendants Ron Zold, Judy Vanderveer and Wm. Weston Jones Newton hereby move that this matter be dismissed with prejudice.

## NOTICE

A motion to dismiss is a request that one or more issues in a case be decided without holding a trial.  Motions to dismiss are governed by Rule 12; Federal Rules of Civil Procedure.  Your complaint, or the portions of your complaint that the motion seeks to dismiss, may be dismissed if the court finds that the complaint does not contain sufficient allegations to state a claim  upon which the court can grant relief.  If you wish to oppose the motion to dismiss, you must file with the court and serve on the other party a written response within the time period set for the in a notice that will be separately mailed to you by the Clerk of Court.  **If you fail to file a timely written response to the motion, the court will consider the motion unopposed and may grant the motion without holding a hearing.**  This will result in the termination of the proceeding, or some part thereof, in favor of the moving party.

Bluffton, South Carolina
May 13, 2025

/s/ Dean S. Haskell
Dean S. Haskell
Jones, Simpson & Newton, P.A.
P.O. Box 1938
Bluffton, SC 29910
(843) 706-6111
dhaskell@jsplaw.net

Attorneys for Defendants Ron Zold, Judy Vanderveer, and Wm. Weston Jones Newton