## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | CASE NO.: 24-03611-JD |
| | ADV. PRO. NO.: 25-80006-jd |
| Jacqueline Ard, | |
| Debtor(s) | CHAPTER 13 |
| | |
| Last four digits on Social Security: **2748** | OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| Jacqueline Ard, | |
| Plaintiff, | |
| vs. | |
| Ron Zold, Judy Vanderveer, Wm. Weston Jones Newton, HHR Four Seasons Horizontal Property Regime | |
| Defendant(s) | |

Come now Defendants Ron Zold, Judy Vanderveer and Wm. Weston Jones Newton (the Defendants") who hereby file this Objections to Plaintiff's Motion for Leave to File an Amended Complaint (the "Motion") as hereinafter set forth.

1. Debtor filed the Complaint in this proceeding on January 24, 2025.

2. The Defendants (and dismissed Defendant HHR Four Seasons Horizontal Property Regime (the "Regime")) timely filed their Answer to the Complaint on February 26, 2025.

3. Plaintiff filed the instant Motion on April 25, 2025 – a full three (3) months after the Complaint was filed and two (2) months after the Answer was filed.

4. In the April 25 Motion, the Debtor plead as follows:

> "Plaintiff recently received the Order of the Court and requires 14 additional days to file the Amended Complaint".

5. The Order referenced and the above quote are from the Court's Order entered on April 11 (Doc. 22) (the "Order") which, among other things, required the Plaintiff file an Amended Complaint within 14 days of the entry of the Order.

6. Plaintiff has still not filed an Amended Complaint as required in the Order and as stated in the Motion.

7. The Defendants will be prejudiced by allowing the Plaintiff to file an Amended Complaint four (4) months after the Complaint was filed, three (3) months after the Answer was filed, in contravention of the Order and contrary to the Debtor's statement in her April 25 Motion that she required 14 additional days to file an Amended Complaint. For four (4) months the Defendants have been unable to appropriately prepare to defend against the unspecified "allegations" in the Complaint (Indeed, Defendant Newton was the attorney to the Regime providing legal counsel to the Regime and had no involvement with the operation of the Regime whatsoever, including access by the Plaintiff to her "home", guest pass issuance or parking privileges but still remains a Defendant in this matter, unable to extricate himself from this matter and its unspecified allegations.)

8. If an Amended Complaint is filed, the Defendants will have the added expense of additional legal fees and costs for the preparation of an Answer to the Amended Complaint (in addition to the significant legal and administrative costs incurred by the Regime caused by the serial Chapter 13 filings of Plaintiff and her spouse).

9. Denial of Plaintiff's Motion is entirely warranted. Granting the Motion will prejudice Defendants and is in contravention of the Court's April 11 Order that the Plaintiff had fourteen (14) days from the entry of the Order to amend the Complaint to allege with sufficient specificity any violations of the automatic stay under 11 U.S.C. §362(a) as they relate to each of the Defendants individually or jointly, including any and all damage claims. As evidenced by the Plaintiff's actions (or lack thereof) in serial Chapter 13 filings over the last 7 months, unsupported allegations against the Plaintiff's creditors and their employees and attorneys (Tara Nauful, Case No. 25-80005, document 14; Evan Bromley and Julie Franklin; Case No. 25-03611, document 90) are meant to attempt to harass and intimidate such creditors to forego their rights against Plaintiff and to force such creditors to incur unrecoverable legal fees and costs.

Accordingly, Defendants, Ron Zold, Judy Vanderveer and Wm. Weston Jones Newton hereby request that this Court deny Plaintiff's Motion for Leave to File an Amended Complaint.

Bluffton, South Carolina
May 28, 2025

/s/ Dean S. Haskell
Dean S. Haskell
Jones, Simpson & Newton, P.A.
P.O. Box 1938
Bluffton, SC 29910
(843) 706-6111
dhaskell@jsplaw.net

Attorneys for Defendants Ron Zold, Judy Vanderveer, and Wm. Weston Jones Newton